**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-1555**

---

HAROLD BOYD,

Plaintiff - Appellant,

v.

JAXX, LLC,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:17-cv-00135-RJC-DCK)

---

Submitted: September 28, 2017                    Decided: October 13, 2017

---

Before GREGORY, Chief Judge, and WILKINSON and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Harold Boyd, Appellant Pro Se. Keith Michael Weddington, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Boyd appeals the district court's order dismissing his employment discrimination action under 28 U.S.C. § 1915(e)(2)(B) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boyd. v. Jaxx, LLC*, No. 3:17-cv-00135-RJC-DCK (W.D.N.C. Mar. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*